**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-7728**

———————————

JOHNNY LOUIS WARDLAW,

Petitioner - Appellant,

versus

LLOYD L. WATERS; ATTORNEY GENERAL OF THE STATE
OF MARYLAND,

Respondents - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. M. J. Garbis, District Judge. (CA-96-3042-
MJG)

———————————

Submitted:  February 27, 1997        Decided:  March 13, 1997

———————————

Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Johnny Louis Wardlaw, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994), <u>amended by</u> Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Wardlaw v. Waters</u>, No. CA-96-3042-MJG (D. Md. Oct. 23, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2